# Court of Criminal Appeals of Texas

Tr. Ct. No. 1029072-A

Tr. Ct. No. 1080203-A

WR-82,748-01, WR-82,748-02

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 17 2015

Abel Acosta, Clerk

Shawn D. Evans #1387198
Allred Unit
2101 FM 369 N.
Iowa Park, Texas 76367

Feb. 11, 2015

## TRAVERSE

In The Above Causes, Reply to the Finding of Fact.
Number #7 states applicant is eligible for discretionary mand-atory supervision. This is incorrect. I do not have a convict-ion listed under (H.B. 1433) Sept. 1, 1996

Number #8 States applicant's conviction for possession of a deadly weapon in a penal institution was not listed as one of the ineligible offenses on the date the applicant committed the offense. This is correct then, and right now. Which shows the 11.07 Writ of Habeas Corpus was filed because of errors committed to the applicant.

Number #14 States The applicant does not allege that the parole board failed to follow the proper procedures in denying his release on mandatory supervision. This is an incorrect statement. Ground One of my 11.07 pg. 6

Pg 1 of 2

States The parole panel has misdirected the Board of Pardons And Paroles About the rules for Mandatory Supervision Parole. This is A violation of Tex. Rules of Evidence Rule 403.

Applicant, SHAWN Evans

Shawn Evans